## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Juan Garay, individually and all other similarly situated persons, known and unknown, Plaintiff<br>v.<br>Bennett Business Partners, Inc. d/b/a Savanna House and Mary Bennett, Individually, Defendants | Case No. 1:16-cv-8975<br>Judge: Hon. Der-Yeghiayan |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party having neither filed an Answer or a Motion for Summary Judgment, respectfully requests that this Honorable Court (1) dismiss all causes of action against Defendants, without prejudice, and (2) on December 21, 2016, absent a motion to reinstate, order that the dismissal of this matter to convert automatically to a dismissal with prejudice.

Respectfully submitted on Friday, December 09, 2016

**s/ Valentin T. Narvaez**
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
312-878-1302